IDA B. POLLOCK et al., Respondents, v. WARD BAKING COMPANY, Defendant, and ALFRED STARK et al., Defendants-Appellants. (Action No. 1.)

No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.; Martin, P. J., dissents and votes to reverse and grant a new trial unless plaintiff Ida B. Pollock stipulates to reduce the verdict in her favor to $6,000.

HUGH L. CAMERON, Respondent, v. ALFRED STARK et al., Appellants. (Action No. 2.)

No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.; Martin, P. J., dissents and votes to reverse and grant a new trial unless said plaintiff stipulates to reduce the verdict to $4,000. Settle order on notice.

BENJAMIN KOROBKIN, Respondent, v. PUBLIC FARMS PRODUCTS, INC., Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.; Martin, P. J., and Townley, J., dissent and vote to reverse and dismiss the complaint.

## (October 29, 1943.)

GEORGE C. GILSEY, Appellant, v. ERNEST FRANCIS, Respondent.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Martin, P. J., taking no part.

In the Matter of the Arbitration between COMMERCIAL BOOKBINDING COMPANY et al., Appellants, and WHITE HOUSE, INC., Respondent.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Martin, P. J., taking no part.

In the Matter of MANQUEEN CORPORATION, Judgment Creditor, Appellant, v. RECLAMATION AND BUILDING CORPORATION, Judgment Debtor, Respondent. SARAH B. McCRARY et al., as Executors of ARTHUR BRISBANE, Deceased, Respondents. — No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Martin, P. J., taking no part.